**NOT FOR PUBLICATION**

DEC 31 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| HELEN LILI HORVATH, DBA HW Associates, | No. 13-55013 |
| Plaintiff - Appellee, | D.C. No. 3:11-cv-01880-IEG-BLM |
| v. | |
| ANTHONY TONEY, DBA UpTop Group, LLC, | MEMORANDUM* |
| Defendant - Appellant, | |
| and | |
| CAVA CUP SOCCER TOURNAMENT; AMERICAS BASKETBALL INTERNATIONAL, DBA ABI Slam Foundation, | |
| Defendants. | |

Appeal from the United States District Court
for the Southern District of California
Irma E. Gonzalez, District Judge, Presiding

---

\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

Submitted December 17, 2013[**]

Before:     GOODWIN, WALLACE, and GRABER, Circuit Judges.

Anthony Toney appeals pro se from the district court's order denying his motion to vacate the default judgment entered against him in a breach of contract action. We have jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion. *Brandt v. Am. Bankers Ins. Co. of Fla.*, 653 F.3d 1108, 1110 (9th Cir. 2011). We affirm.

The district court did not abuse its discretion by denying Toney's motion to vacate the default judgment because Toney failed to show that such relief was warranted. *See Am. Ass'n of Naturopathic Physicians v. Hayhurst*, 227 F.3d 1104, 1108 (9th Cir. 2000) (setting forth factors to apply when considering a motion to vacate a default judgment, any of which are sufficient to deny the motion).

We do not consider arguments and allegations raised for the first time on appeal. *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009) (per curiam).

Plaintiff's request for judicial notice, set forth in her answering brief, is denied.

**AFFIRMED.**

---

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).